IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RASTA K. WALID, | CV 25–137–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| SEAN SANTA, et al., | |
| Defendants. | |

Plaintiff Rasta K. Walid having filed a notice of voluntary dismissal of this action, (Doc. 20), and no defendants having answered or otherwise appeared,

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff is responsible for informing all defendants that have been served that this matter has been dismissed.

DATED this 22nd day of October.

_____
Donald W. Molloy, District Judge
United States District Court