IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RASTA K. WALID, | CV 25–137–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| SEAN SANTA, et al., | |
| Defendants. | |

On October 21, 2025, the Court received a notice of voluntary dismissal of this action from Plaintiff Rasta K. Walid, (Doc. 20), and dismissed this action in its entirety on October 22, 2025, (Doc. 21). On November 6, 2025, Plaintiff filed a motion to set aside that dismissal under Rule 60(b) of the Federal Rules of Civil Procedure on the ground that the voluntary notice of dismissal was signed "under protest UCC 1-308" and it was actually submitted by counsel for one of the defendants, not Plaintiff. (*See* Docs. 22, 23.) That motion was denied. (Doc. 24.) Plaintiff now seeks reconsideration of that order. (Docs. 25, 25.) That request is denied. Once again, Plaintiff by his own admission signed a voluntary notice of dismissal agreeing to dismiss all the claims in this case. (*See* Doc. 22 at 7.) To the extent he disputes the validity of that contract, he must pursue that claim in a different action as the Court declines to retain jurisdiction over enforcement of the

1

parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

Accordingly, IT IS ORDERED that Plaintiff's request for reconsideration (Doc. 25) is DENIED.

DATED this 24ᵗʰ day of November.

_____
Donald W. Molloy, District Judge
United States District Court

2